

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8098

| UNITED STATES OF AMERICA, | Magistrate Case No.: |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Inda Elisa SALAZAR-Pineda | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about January 31, 2008, within the Southern District of California, defendant Inda Elisa SALAZAR-Pineda did knowingly and intentionally import approximately 16.32 kilograms (35.90 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

BRANDON M. WOOD
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 1st, DAY OF FEBRUARY 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
       v.
Inda Elisa SALAZAR- Pineda

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Brandon Wood.

On January 31, 2008, at approximately 1200 hours, Inda Elisa SALAZAR-Pineda entered the United States at the Calexico, California West Port of Entry (POE). SALAZAR was the driver and sole occupant of a 1988 Chrysler Fifth Avenue with Mexican license plate number BEA8006.

During pre-primary roving operations, Customs and Border Protection (CBP) Canine Enforcement Officer (CEO) R. Navarro was screening vehicles with his Narcotics Human Detector Dog (NHDD) when his NHDD alerted to the dash area of the vehicle. SALAZAR stated the vehicle was registered to her husband.

CEO Navarro informed CBP Officer Kjellberg, who was conducting primary inspectional duties at Lane 6, of the alert. CBP Officer Kjellberg referred both SALAZAR and vehicle to the vehicle secondary lot for an intensive inspection.

In the vehicle secondary lot, CEO Navarro again screened SALAZAR'S vehicle with his NHDD, and his NHDD alerted to the dash area. CBP Officers conducted an x-ray examination of the vehicle that revealed anomalies in the dash area.

CBP Officer German performed an intensive inspection of the dash area of the vehicle and discovered eighteen (18) packages within the dash. CBPO probed a package and a green leafy substance was extracted that tested positive for marijuana. The total weight of the packages was 16.32 kilograms (35.90 pounds).

Special Agent (SA) Brandon Wood placed SALAZAR under arrest for violation of Title 21 United States Code 952 and 960, Importation of a Controlled Substance. SALAZAR was advised of her Constitutional Rights, per Miranda, which she acknowledged and waived.

1 | SALAZAR admitted knowledge that a controlled substance was concealed within the vehicle. SALAZAR stated to SA Wood that the smuggling organization was going to pay her $500.00 to smuggle the controlled substance into the United States and drop it off at a local Wal-Mart. SALAZAR was processed, booked, and transported to Imperial County Jail.